Argued and submitted September 15,
appeal dismissed October 27, 1980

STATE OF OREGON,
*Respondent,*
*v.*
AARON LUGO,
*Appellant.*

(No. 80-901M, CA 17968)

618 P2d 986

Enver Bozgoz, Klamath Falls, filed the brief for appellant.

James E. Mountain, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM.

## PER CURIAM

Defendant asserts as error the refusal of the district court to grant his motion to withdraw a guilty plea. This court is not authorized to consider on direct appeal a claim that a trial court abused its discretion by denying that motion. ORS 138.050; *State v. Slopak,* 3 Or App 532, 475 P2d 421 (1970).

Appeal dismissed.